# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Chelce A. Zimmerman | Docket No. | 2:11CR00116-005 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chelce A. Zimmerman who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 28th day of October 2012 under the following conditions:

**Standard Condition:** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Additional Condition:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If the defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the Court and the U.S. Marshal, who will be directed to immediately arrest the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant changed her address without prior notification.

**Violation #2:** The defendant has been non-compliant with her outpatient substance abuse treatment.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/04/2012

by s/Erik B. Carlson

Erik B Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

PS-8
Re:  Zimmerman, Chelce A.
April 4, 2012
Page 2

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

4/4/12

Date