PROB 12B
(7/93)

Report Date: March 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 1 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chelce A. Zimmerman                Case Number: 2:11CR00116-005

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: June 6, 2012             Type of Supervision: Supervised Release

Original Offense: Uttering and Possessing Counterfeit    Date Supervision Commenced: March 22, 2013
Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence: Prison - 14 Months;              Date Supervision Expires: March 21, 2016
                   TSR - 36 Months

---

## PETITIONING THE COURT

To **remove** the condition of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

Ms. Zimmerman submitted a release plan to reside with a friend, and it appears to be an appropriate residence. Ms. Zimmerman has had difficulty finding employment; however, she indicates that she is eligible for social security income once she is released. Because she is currently residing in the State of Idaho at the RRC, she cannot apply for assistance until she returns to Washington State.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/28/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob 12B
Re: Zimmerman, Chelce A.
March 28, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

4/1/13
Date

PROB 49
(1/97)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To remove the condition of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

Witness: _/s/ Anne Sauther_  
Anne L. Sauther  
U.S. Probation Officer

Signed: X _/s/ Chelce Zimmerman_  
Chelce A. Zimmerman  
Probationer or Supervised Releasee

March 27, 2013  
Date



RECEIVED  
APR 01 2013  
CLERK, US DISTRICT COURT  
YAKIMA, WASHINGTON