PROB 12B  
(7/93)

Report Date: March 26, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 2 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chelce A. Zimmerman          Case Number: 2:11CR00116-005

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: June 6, 2012          Type of Supervision: Supervised Release

Original Offense: Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)          Date Supervision Commenced: March 22, 2013

Original Sentence: Prison - 14 Months; TSR - 36 Months          Date Supervision Expires: March 21, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Ms. Zimmerman has had difficulty adjusting to her time at the Bureau of Prisons, and she is requesting mental health counseling. She has been prescribed medication for anxiety and depression.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/26/2013

s/Anne Sauther

U.S. Probation Officer

Prob 12B
**Re: Zimmerman, Chelce A.**
**March 26, 2013**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

4/2/13
_____
Date