PROB 12C
(7/93)

Report Date: April 8, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman                Case Number: 2:11CR00116-005

Address of Offender:                    Spokane, WA 99212

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense:     Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence:    Prison - 14 Months;              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Timothy J. Ohms                  Date Supervision Commenced: March 22, 2013

Defense Attorney:     Nicolas Vieth                    Date Supervision Expires: March 21, 2016

---

### PETITIONING THE COURT
To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |
|   | **Supporting Evidence**: Ms. Zimmerman was released from the Port of Hope residential reentry center (RRC) on April 2, 2013. The offender went to the address where she was approved to reside at on that date, and spent the night. According to Kari Cameron, the woman she was staying with, Ms. Zimmerman left the next morning, April 3, 2013, to go to the Department of Social and Health Services (DSHS), and she has not returned nor made any effort to contact the United States Probation Office or Ms. Cameron. Ms. Zimmerman was given a phone by Ms. Cameron to use. She does not answer the phone. All of her clothing and makeup were left at the above address. The U.S. Probation Office contacted Ms. Zimmerman's mother, who indicated that she has not heard from Ms. Zimmerman. Ms. Zimmerman came into the probation office on March 25, 2013, to sign the required probation forms. She was told at that time that once she was released from the RRC, she would need to contact this officer. Ms. Zimmerman has not made any effort to contact this officer and her whereabouts are currently unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Zimmerman, Chelce A.
April 8, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/08/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/9/13
Date