PROB 12C
(7/93)

Report Date: April 30, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 1 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman        Case Number: 2:11CR00116-005

Address of Offender:        Spokane Valley, WA 99212

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense:    Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence:   Prison - 14 Months;          Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Timothy J. Ohms             Date Supervision Commenced: March 22, 2013

Defense Attorney:    Amy H. Rubin                Date Supervision Expires: March 21, 2016

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Chelce Zimmerman has been charged with trafficking in stolen property in Spokane, Washington. A warrant was issued for her arrest on April 26, 2013. |
| 3 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: According to the U.S. marshal who transported Ms. Zimmerman to the Spokane County Jail, the offender was coming down hard from whatever substance that she had been using. It was also indicated by the U.S. marshal that the police department in Chewelah, Washington, located several used needles in Ms. Zimmerman's property. |
| 4 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On April 12, 2013, officers were advised of a suspicious vehicle in Chewelah, Washington, that appeared to have a female and a male in the vehicle doing drugs. The police attempted to stop the vehicle several times, however, the male subject |

accelerated to approximately 90 miles per hour. When the vehicle came to a stop, both the male and female fled from the vehicle.

The registered owner of the vehicle was Robert L. Brown. The officer involved in the pursuit was able to identify Mr. Brown from a photograph he had been provided by the police department. Officers learned that the female in the vehicle was dropped off at a local residence after she told a concerned citizen that she had been in a vehicle collision and had fallen in the creek.

When officers arrived at the residence, they observed a female that matched the description of the female that fled. She had two plastic bags on the floor next to her. The plastic bags contained wet clothing which matched the description of the female that fled. This individual was identified as Chelce Zimmerman. Ms. Zimmerman admitted to the police officer that Robert Brown had picked her up in Spokane at the Port of Hope Residential Reentry Center (RRC) where she had been staying. She indicated that she ran from the police because Robert Brown told her to.

Robert Brown is a known felon that resided at the RRC at the same time as Ms. Zimmerman. Mr. Brown absconded from the RRC on April 4, 2013. Ms. Zimmerman was arrested on outstanding felony warrants from the Washington State Department of Corrections and a Federal U.S. Marshals' hold.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/30/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

5/1/13
Date