PROB 12C
(6/16)

Report Date: February 12, 2019

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman     Case Number: 0980 2:11CR00116-LRS-5

Address of Offender: ███████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012     Type of Supervision: Supervised Release

Original Offense:     Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence:     Prison - 14 months
                       TSR - 36 months

Revocation Sentence:   Prison - 131 days
(August 20, 2013)      TSR - 30 months

Revocation Sentence:   Prison - 39 days
(March 21, 2017)       TSR - 30 months

Asst. U.S. Attorney:   Timothy John Ohms     Date Supervision Commenced: May 18, 2018

Defense Attorney:      Federal Defender's Office     Date Supervision Expires: November 17, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by providing a dilute urine sample on or about February 4, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 13, noted above. In addition, Ms. Zimmerman signed the substance abuse testing instructions, which states "You are not to alter the sample either directly or indirectly. Adulteration is the intentional manipulation of urine sample in order

to pass a drug screening test. In addition to testing for controlled substances, each sample is subject to testing for adulteration both on-site and via laboratory confirmation."

On February 4, 2019, Ms. Zimmerman reported to Pioneer Counseling Services for the purpose of submitting to a random urinalysis test. The sample appeared dilute, therefore it was sent to the laboratory for additional testing.

On February 7, 2019, the undersigned officer received the laboratory report, noting that the sample provided on February 4, 2019, was a dilute specimen.

2    **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by using a controlled substances, heroin and methamphetamine, on or about January 21, February 7, 8, 9, and 10, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 13, noted above.

On February 7, 2019, Ms. Zimmerman reported as directed after the undersigned officer received confirmation of a dilute urine specimen (see violation number 1 noted above).

At that time, she submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. Ms. Zimmerman indicated she last used methamphetamine a couple of weeks prior. The sample was sent to the laboratory for additional testing.

On February 11, 2019, Ms. Zimmerman reported to the office. Her appearance had notably declined. Ms. Zimmerman's behaviors included what appeared to be uncontrollable jerking movements. In addition, she was easily agitated and emotional.

Ms. Zimmerman ultimately admitted to using heroin and methamphetamine on and off since approximately January 21, 2019. She further admitted to using these substances daily from February 7, through February 10, 2019. She indicated her method on consuming methamphetamine was by smoking it and her method of consuming heroin was by injecting it into her arms.

Ms. Zimmerman is not willing to go to inpatient treatment or a detox facility.

It appears a warrant is necessary in this matter.

**Re: Zimmerman, Chelce A.**
**February 12, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/12/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/12/2019

Date