Report Date: February 19, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman    Case Number: 0980 2:11CR00116-LRS-5

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense: Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence: Prison - 14 months;    Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence: Prison - 131 days
(August 20, 2013)   TSR - 30 months

Revocation Sentence: Prison - 39 days
(March 21, 2017)   TSR - 30 months

Asst. U.S. Attorney: Timothy J. Ohms    Date Supervision Commenced: May 18, 2018

Defense Attorney: Federal Defenders Office    Date Supervision Expires: November 17, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by failing to report to the U.S. Probation Office on or about February 15, 2019. |
| | On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating an |

acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 2, noted above.

On February 11, 2019, Ms. Zimmerman reported to the probation office. At that time, she was directed to report again on February 12, 2019.

Due to inclement weather, the undersigned attempted to reach Ms. Zimmerman by phone to advise of the need to cancel the appointment on February 11, 2019, and reschedule. A text message was ultimately sent, directing her to report on February 15, 2019.

Ms. Zimmerman failed to report on February 15, 2019.

4     **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by failing to attend substance abuse treatment, on or about February 14, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above.

Ms. Zimmerman is enrolled in substance abuse treatment at Pioneer Counseling Services (PCS). She was scheduled to meet her counselor for an individual counseling session on February 14, 2019. Ms. Zimmerman failed to appear for that counseling session.

5     **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by failing to appear for urinalysis testing on February 11 and 13, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

Ms. Zimmerman is participating in the urine testing program which requires her to call the testing vendor daily to determine if she is required to appear for urinalysis testing that day.

On February 11, 2019, Ms, Zimmerman reported to the U.S. Probation Office. She was directed to submit to urinalysis testing. After approximately 2 hours, she could not provide a urine sample. Since Ms. Zimmerman's color was called at PCS, she was allowed to leave the probation office and was directed to report to Pioneer Counseling Services (PCS) that same day to provide a sample. Ms. Zimmerman failed to report to PCS for urinalysis testing.

In addition, Ms, Zimmerman was expected to appear at PCS for a random urinalysis test on February 13, 2019, and she failed to do so.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/19/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

02/19/2019
Date