PROB 12C
(6/16)

Report Date: May 2, 2019

## United States District Court

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 3 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chelce A. Zimmerman | Case Number: 0980 2:11CR00116-LRS-5 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

| | |
|---|---|
| Original Offense: | Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 14 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 20, 2013) | Prison - 131 days<br>TSR - 30 months |
| Revocation Sentence:<br>(March 21, 2017) | Prison - 39 days<br>TSR - 30 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: November 17, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2019 and 02/19/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by associating with a known felon, Michael Avrin, on or about March 22, and April 5, 2019.<br><br>On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 8, noted above. |

Prob12C
Re: Zimmerman, Chelce A.
May 2, 2019
Page 2

On March 22, 2019, a home visit was completed at Ms. Zimmerman's residence with the assistance of U.S. Probation Officer Richard Law. Upon arrival, Michael Avrin, who is currently supervised by USPO Law, was located inside her residence. There had been previous discussions regarding supervision, advising her to not associate with felons without USPO approval, these discussions in part, also included her association with Mr. Avrin.

On April 11, 2019, during an office visit with Ms. Zimmerman, she admitted to going to a casino with Mr. Avrin on or about April 5, 2019.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/02/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

5/3/19
Date