PROB 12C
(6/16)

Report Date: May 17, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 20, 2019
SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman | Case Number: 0980 2:11CR00116-LRS-5

Address of Offender: Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense: Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence: Prison - 14 months; TSR - 36 months | Type of Supervision: Supervised Release

Revocation Sentence: (August 20, 2013) Prison - 131 days; TSR - 30 months

Revocation Sentence: Prison - 39 days; TSR - 30 months

Asst. U.S. Attorney: Timothy J. Ohms | Date Supervision Commenced: May 18, 2018

Defense Attorney: Amy H. Rubin | Date Supervision Expires: November 17, 2020

``

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2019, 02/19/2019 and 05/03/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by consuming a controlled substance, heroin, on or about May 4, 2019, through on or about May 9, 2019. |

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgement, indicating acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

On May 13, 2019, Ms. Zimmerman reported to the U.S. Probation Office. Ms. Zimmerman admitted to consuming heroin from May 4 until May 9, 2019. Ms. Zimmerman signed a drug use admission form.

8 **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 4, 2019, through on or about May 11, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgement, indicating acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

On May 13, 2019, Ms. Zimmerman reported to the U.S. Probation Office. She admitted to consuming methamphetamine from May 4, through May 11, 2019. Ms. Zimmerman signed a drug use admission form.

9 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgement, indicating acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 2, noted above.

On April 22, 2019, Ms. Zimmerman reported to the U.S. Probation Office. At that time, she was directed to report again on May 6, 2019, at 10:00 a.m. On May 6, 2019, at approximately 11:00 a.m, Ms. Zimmerman left a message for the undersigned officer indicating she could not report because she was going grocery shopping.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 17, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/20/2019

Date