PROB 12C
(6/16)

Report Date: May 28, 2019

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

May 28, 2019

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chelce A. Zimmerman           Case Number: 0980 2:11CR00116-LRS-5

Address of Offender:                                                   Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense:         Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence:        Prison - 14 months            Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 131 days
(August 20, 2013)         TSR - 30 months

Revocation Sentence:
(March 21, 2017)          Prison - 39 days
                          TSR - 30 months

Asst. U.S. Attorney:      Timothy J. Ohms               Date Supervision Commenced: May 18, 2018

Defense Attorney:         Amy H. Rubin                  Date Supervision Expires: November 17, 2020

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2019, 02/19/2019, 05/03/2019 and 5/17/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

10 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 19, 2019.

Prob12C
**Re: Zimmerman, Chelce A.**
**May 28, 2019**
Page 2

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgement, indicating acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

On May 21, 2019, Ms. Zimmerman reported to the U.S. Probation Office. Ms. Zimmerman admitted to consuming methamphetamine on or about May 19, 2019. Ms. Zimmerman signed a drug use admission form.

11    **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by consuming controlled substances, methamphetamine and heroin, on or about May 24, 25, and 26, 2019.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgement, indicating acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

On May 28, 2019, Ms. Zimmerman reported to the U.S. Probation Office. Ms. Zimmerman admitted to consuming methamphetamine and heroin on the above-noted dates. Ms. Zimmerman signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 28, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Zimmerman, Chelce A.**
**May 28, 2019**
**Page 3**

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

05/28/2019
Date