PROB 12C
(6/16)

Report Date: August 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chelce A. Zimmerman | Case Number: 0980 2:11CR00116-LRS-5 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

| | |
|---|---|
| Original Offense: | Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 14 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 20, 2013) | Prison - 131 days TSR - 30 months |
| Revocation Sentence: (March 21, 2017) | Prison - 39 days TSR - 30 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Amy Rubin |
| | Date Supervision Expires: November 17, 2020 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by consuming controlled substances, methamphetamine and heroin, daily since on or about July 1, until on or about July 20, 2020.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed.  Ms. Zimmerman signed a copy of her judgment, indicating

acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

Chelce Zimmerman is enrolled in outpatient drug treatment at Spokane Treatment and Recovery Services (STARS). On July 1, 2020, Ms. Zimmerman submitted to urinalysis testing at STARS. A lab report confirmed a positive presence for methamphetamine. Ms. Zimmerman was contacted and she denied use despite the positive lab report.

On July 20, 2020, she disclosed to her treatment provider that she had been consuming methamphetamine and heroin daily since approximately the end of June 2020. The undersigned contacted Ms. Zimmerman, who again admitted to daily use of methamphetamine and heroin.

2           **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by failing to appear for urinalysis testing on July 15, 2020.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 8, noted above.

On May 22, 2020, she was enrolled in phase drug testing at Pioneer Counseling Services. Ms. Zimmerman was directed to call the vendor daily to determine if she was required to appear for testing that same day.

On July 15, 2020, she failed to appear for random drug testing at Pioneer.

3           **Standard Condition #13**: You must follow the instructions of the probation officer related to the condition of supervision.

**Supporting Evidence**: Chelce Zimmerman violated the terms of her supervised release by failing to make contact with the undersigned as directed, on or about July 28, 2020, or since.

On May 18, 2018, supervision commenced in this matter. On May 22, 2018, a supervision intake was completed. Ms. Zimmerman signed a copy of her judgment, indicating acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 13, noted above.

Ms. Zimmerman was scheduled to enter inpatient treatment on July 23, 2020. However, on July 22, 2020, Ms. Zimmerman reported being ill and advised she sought medical attention. She was tested for COVID-19 and was advised to quarantine. As a result, she was unable to enter inpatient treatment the following day. On July 27, 2020, she failed to appear for a random urinalysis test at Pioneer. On July 28, 2020, the undersigned made contact with

Prob12C
**Re: Zimmerman, Chelce A.**
**August 6, 2020**
**Page 3**

Ms. Zimmerman. She reported that she was still in quarantine and had not yet heard back from the doctor's office with respect to her COVID-19 test results.

Ms. Zimmerman was directed to call the doctor that day for results and to call the undersigned back with the results. Ms. Zimmerman failed to follow up with the undersigned.

On August 3, 2020, the undersigned attempted to reach Ms. Zimmerman by phone. Her voice mail has not been set up, therefore, a text message was sent requesting the medical documentation and her health status. Ms. Zimmerman has not responded.

On August 6, 2020, the undersigned again attempted to call her, however, she did not answer and there was not an option to leave a voice message,. Therefore, another text message was sent requesting an immediate call back.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/06/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

August 6, 2020

Date